# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Corey Bailey and Kai Steenhoek, individually, and on behalf of all others similarly situated, | Civil No. 09-1230 (RHK/AJB) |
| Plaintiffs, | **ORDER FOR STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| vs. | |
| Border Foods, Inc., d/b/a Pizza Hut, Inc., and Sky Ventures, LLC, | |
| Defendants. | |

_____

The parties' Stipulation Regarding Briefing Schedule for Defendants' Motion to Dismiss (Doc. No. 19) is hereby approved by the Court and **IT IS ORDERED** that Plaintiffs' response to Defendants' Motion to Dismiss shall be due on September 15, 2009 and Defendant's reply shall be due on September 23, 2009.

Dated: September 10, 2009

                                                             s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge